MN-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: **Thomas & Jeannie Jensen**         Chapter 7 Case No. **06-31664**

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| Recovery Management Systems<br>For GE Money Bank dbs Sams Club<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | 6 | $96.56 | $3.14 |

Dated:    March 18, 2010

*Paul Bucher*
PAUL W. BUCHER, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN 55903-0549
TELEPHONE (507) 288-9111

#1928

RECEIVED 10 MAR 19 AM U.S. BANKRUPTCY ST. PAUL, MN